**Dell YOUNGBLOOD, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Feb. 14, 1997.

Dell Youngblood, for Petitioner.

***ORDER***

PER CURIAM.

AND NOW, this 14th day of February, 1997, we GRANT this Petition for Allowance

347 U.S. 81, 84, 74 S.Ct. 367, 369, 98 L.Ed. 520, 525 (1954).

19. Finally, the United States argues that the lien of Romani Industries, Inc. was not sufficiently specific and perfected to displace the first priority of the United States under section 3713. Since this issue was not addressed by the lower courts, it is inappropriate for us to consider it at this time.

of Appeal and REMAND this matter to the Commonwealth Court for a determination of the timeliness of Petitioner's notice of review to the Commonwealth Court pursuant to *Smith v. Pennsylvania Board of Probation and Parole,* —— Pa. ——, 683 A.2d 278 (1996).